NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MALCOLM PORTER, DOC #Y37365,            )
                                        )
        Appellant,            )
                                        )
v.                                      )       Case No. 2D18-929
                                        )
STATE OF FLORIDA,                       )
                                        )
        Appellee.             )
_____ )

Opinion filed February 13, 2019.

Appeal from the Circuit Court for Lee
County; Margaret O. Steinbeck, Judge.

Thomas J. Butler of Thomas Butler, P.A.,
Miami, for Appellant.

Ashley Brooke Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


        Affirmed.


VILLANTI, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.